B1 (Official Form 1) (04/13)

**UNITED STATES BANKRUPTCY COURT**
Southern District of New York

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Aramid Entertainment, Inc. | |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc Sec or Individual-Taxpayer I D (ITIN)/Complete EIN (if more than one, state all): Unknown | Last four digits of Soc Sec or Individual-Taxpayer I D (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No and Street, City, and State): c/o Kinetic Partners 675 Third Avenue, 21st Floor New York, NY  ZIP CODE 10017 | Street Address of Joint Debtor (No and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE ||

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U S C § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U S C § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only) Must attach signed application for the court's consideration See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U S C § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U S C § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

-------------------------------------
Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U S C § 1126(b)

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

Estimated Number of Creditors
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                  Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s) | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: Aramid Entertainment Fund Limited | Case Number: | Date Filed: |
| District: Southern District of New York | Relationship: Affiliate | Judge |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)     (Date)

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

B1 (Official Form 1) (04/13) — Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U S C § 342(b)<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition<br><br>(Check only one box)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code Certified copies of the documents required by 11 U.S C § 1515 are attached<br><br>☐ Pursuant to 11 U S C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition A certified copy of the order granting recognition of the foreign main proceeding is attached<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>X _/s/ James C. McCarroll_<br>Signature of Attorney for Debtor(s)<br>James C. McCarroll<br>Printed Name of Attorney for Debtor(s)<br>Reed Smith LLP<br>Firm Name<br>599 Lexington Avenue<br>New York, NY 10022<br>Address<br>212-521-5400<br>Telephone Number<br>June 13, 2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U S C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer) (Required by 11 U.S.C § 110) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition<br><br>X _/s/_<br>Signature of Authorized Individual<br>Geoffrey Varga<br>Printed Name of Authorized Individual<br>Joint Voluntary Liquidator of Aramid Entertainment Fund Limited<br>Title of Authorized Individual<br>June 13, 2014<br>Date | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## WRITTEN ACTION OF THE SOLE SHAREHOLDER
## OF ARAMID ENTERTAINMENT, INC.

The undersigned, Geoffrey Varga and Jess Shakespeare, having been appointed as joint voluntary liquidators of Aramid Entertainment Fund Limited, a Cayman Islands Company, the sole shareholder of Aramid Entertainment, Inc., a Delaware Corporation, do hereby adopt the following resolutions for and on behalf of Aramid Entertainment, Inc., as if they were adopted at a duly called meeting of the board of directors:

**RESOLVED**, that all current officers and directors of Aramid Entertainment, Inc. (hereinafter, the "*Company*") shall have no further authority to act on behalf of the Company and are hereby terminated;

**FURTHER RESOLVED**, that Geoffrey Varga and Jess Shakespeare are hereby appointed as the sole authorized representatives of the Company; and, it is

**FURTHER RESOLVED**, that the filing by the Company of a petition for relief under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Southern District of New York (the "*Bankruptcy Court*") is hereby authorized; and, it is

**FURTHER RESOLVED**, that Geoffrey Varga is hereby designated as the person authorized to execute a petition for relief under Chapter 11 of the Bankruptcy Code for, and on behalf of, the Company; and, it is

**FURTHER RESOLVED**, that Geoffrey Varga is hereby authorized and directed to execute and cause to be filed on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code with the Bankruptcy Court; and, it is

**FURTHER RESOLVED**, that the Company is authorized and directed to retain the law firm of Reed Smith LLP, as bankruptcy counsel to the Company, to render legal services and to represent it in connection with such proceeding and other related matters in connection with the Company's case under the Bankruptcy Code; and, it is

**FURTHER RESOLVED**, that the Company is authorized and directed to retain Kinetic Partners (Cayman) Limited as crisis manager to the Company to provide interim management and restructuring services in connection with the Company's case under the Bankruptcy Code and other related matters; and, it is

**FURTHER RESOLVED**, that Geoffrey Varga and Jess Shakespeare, in their capacity as authorized representatives of the Company, are hereby authorized and directed to take any and all such further action, to retain any other professionals in connection with the Company's cases under Chapter 11 of the Bankruptcy Code, and to execute and deliver any and all such further instruments and documents and to pay all expenses, in each of the cases as their judgment shall deem to be necessary or desirable, in order fully to carry out the intent and accomplish the purpose of the resolution adopted herein; and, it is

**FURTHER RESOLVED,** that all acts lawfully done or actions lawfully taken by Geoffrey Varga and Jess Shakespeare, in their capacity as authorized representatives of the Company, in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved.

Dated: June 13, 2014

_____        _____
Geoffrey Varga                                              Jess Shakespeare

- 2 -

REED SMITH LLP
Michael J. Venditto
Jordan W. Siev
James C. McCarroll
Richard A. Robinson
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: mvenditto@reedsmith.com
　　　　jsiev@reedsmith.com
　　　　jmccarroll@reedsmith.com
　　　　rrobinson@reedsmith.com

*Proposed Counsel for the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| Aramid Entertainment Fund Limited,<br><br>　　　　　　　　　　　　　　Debtor. | Case No.: 14- |
| In re:<br><br>Aramid Liquidating Trust, Ltd. (f/k/a Aramid Entertainment Participation Fund Limited),<br><br>　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 14- |
| In re:<br><br>Aramid Entertainment, Inc.,<br><br>　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 14- |

**CORPORATE OWNERSHIP STATEMENT**

　　　Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Aramid Entertainment, Inc., a Delaware corporation, hereby discloses that it is wholly owned by Aramid Entertainment Fund Limited, a Cayman Islands Company.

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, Geoffrey Varga, Joint Voluntary Liquidator of Aramid Entertainment Fund Limited, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that the information contained therein is true and correct to the best of my information and belief.

Dated: June 13, 2014

_____
Geoffrey Varga, Joint Voluntary Liquidator
of Aramid Entertainment Fund Limited

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: Aramid Entertainment Fund Limited, *et al.*  
                    Debtor

Case No: 14-

Chapter 11

(if known)

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of claim [if secured also state value of security] |
| Iron Cove Solutions | Iron Cove Solutions<br>612 East Franklin Avenue, Suite A<br>El Segundo, CA 90245<br>Tele # 310 823 2047<br>Email: ar@ironcovesolutions.com | Professional services | | $20.00 |
| Zen Internet, Ltd. | Zen Internet, Ltd<br>Sandbrook Way<br>Sandbrook Park<br>Rochdale<br>OL11 1RY<br>United Kingdom<br>Tele # 0845 058 9000<br>Fax # 0845 058 9129<br>Email: statements@zen.co.uk | Administrative services | | $418.19 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Meeting Zone, Ltd. | Meeting Zone, Ltd.<br>Oxford House<br>Oxford Road<br>Thame<br>Oxfordshire OX9 2AH<br>United Kingdom<br>Tele # 0845 310 5050 and<br>+44 1 844 265 518 '<br>Fax # +44 1 844 265 545<br>Email: finance@meetingzone.com | Administrative services | | $632.13 |
| Baker & McKenzie | Baker & McKenzie<br>Paseo de la Castellana, 92<br>28046 Madrid<br>Spain<br>Tele # +34 91 230 45 00<br>Fax # +34 91 391 51 49<br>Attention: Jose Maria Mendez | Professional services | | $508.92 |
| Loyens & Loeff | Loyens & Loeff, N.V.<br>Postbus 71170<br>1008 BD Amsterdam<br>The Netherlands<br>Tele # +31 20 578 53 39<br>Fax # +31 20 578 58 43<br>Attention: Yvonne van Beek<br>Email: yvonne.van.beek@loyensloeff.com | Professional services | | $3,564.41 |
| Tysers | Tyser<br>Beaufort House<br>15 St. Botolph Street<br>London EC3A 7EE<br>United Kindom<br>Tele # 020 3037 8000<br>Fax # 020 3037 8010<br>Attention: John Walsh | Professional services | | $9,082.00 |
| The Law Offices of Steven Goldsobel | The Law Offices of Steven Goldsobel<br>1900 Avenue of the Stars, Suite 1800<br>Los Angeles, CA 90067<br>Tele # 310 552 4848<br>Fax # 310 552 9291<br>Attention: Steven Goldsobel<br>Email: steve@sgoldsobel.com | Professional services | | $12,367.01 |
| McDermott Will & Emery | McDermott Will & Emery<br>2049 Century Park East, Suite 3800<br>Los Angeles, CA 90067<br>Tele # 310 277 4110<br>Attention: Charles Weir<br>Email: cweir@mwe.com | Professional services | | $41,631.19 |
| Mourant Ozannes | Mourant Ozannes<br>94 Solaris Avenue<br>Camana Bay<br>P.O. Box 1348<br>Grand Cayman KY1-1108<br>Cayman Islands<br>Tele # +1 345 949 4123<br>Fax # +1 345 949 4647<br>Attention: Nicholas Fox<br>Email: Nicholas.fox@mourantozannes.com | Professional services | | $60,849.18 |
| Guidepost Solutions, LLC | Guidepost Solutions, LLC<br>415 Madison Ave, 11th Floor<br>New York, NY 10017<br>Tele # 212 817 6700<br>Attention: Andrew O'Connell<br>Email: aoconnell@guidepostsolutions.com | Professional services | | $69,098.01 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Weinberg Zareh & Geyerhahn, LLP | Weinberg Zareh & Geyerhahn, LLP<br>1221 Avenue of the Americas, 42nd Floor<br>New York, New York 10020<br>Tel: (212)899-5470<br>Attention: Omid Zareh<br>Email: Omid@wzgllp.com | Professional services | | $123,163.00 |
| Admiral Administration, Ltd. | Admiral Administration, Ltd<br>Admiral Financial Centre<br>90 Fort Street<br>P.O. Box 32021<br>Grand Cayman KY1-1208<br>Cayman Islands<br>Tele # +1 345 949 0704<br>Fax # +1 345 949 0705<br>Attention: Scott Boutilier<br>Email: scott.boutilier@admiraladmin.com | Professional services | | $132,861.00 |
| BDO USA, LLP | BDO USA, LLP<br>1888 Century Park East, 4th Floor<br>Los Angeles, CA 90067<br>Tele # 310 557 0300<br>Fax # 310 557 1777<br>Attention: Elie Kurtz<br>Remittance details:<br>P.O. Box 31001-0860,<br>Pasadena, CA 91110-0860 | Professional services | | $265,392.46 |
| Levene, Neale, Bender, Yoo & Brill, LLP | Levene Neale Bender Yoo & Brill, LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>Tele # 310 226 1234<br>Fax # 310 229 1244<br>Attention: David Neale<br>Email: DLN@lnbyb.com | Professional services | | $707,514.49 |
| Jeffer Mangels Butler & Mitchell, LLP | Jeffer Mangels Butler & Mitchell, LLP<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067<br>Tel: (310)203-8080 / Fax: (310)203-0567<br>Attention: David Stern<br>Email: DBS@JMBM.com | Professional Services | | $990,510.26 |
| Stroock & Stroock & Lavan, LLP | Stroock Stroock & Lavan, LLP<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Tele # 310 556 5872<br>Attention: Michael Newtown (Billing Coordinator, Accounts Receivable) and Sky Moore, Esq.<br>Emails: smoore@stroock.com and mnewtown@stroock.com | Professional services | | $2,303,788.40 |

## DECLARATION UNDER PENALTY OF PERJURY

I, Geoffrey Varga, a joint voluntary liquidator of Aramid Entertainment Fund Limited and Aramid Liquidating Trust, Ltd., declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: June 13, 2014

_____
Geoffrey Varga, Joint Voluntary Liquidator of
Aramid Entertainment Fund Limited and Aramid
Liquidating Trust, Ltd.